*Decisions by the Presiding Justice upon Applications to Appeal from the Appellate Term.*

LOUIS FLYER, Appellant, v. JACOB GOLD, Respondent.— Application denied, with ten dollars costs.

MAXWELL H. LANES, Respondent, v. TIMOTHY A. HICKEY, as Executor, etc., Appellant.— Application denied, with ten dollars costs.

LILLIAN LYONS, Respondent, v. PEASE PIANO COMPANY, Appellant.— Application granted, without costs.

PETER B. SWEENEY, Respondent, v. CHARLES H. NAHMMACHER, Appellant. — Application denied, with ten dollars costs.

RODNEY O. WALBRIDGE, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Application denied, with ten dollars costs.

---

. FOURTH DEPARTMENT, DECEMBER, 1918.

In the Matter of the Final Judicial Settlement of the Accounts of ROSIE A. SANDS, as Executrix, etc., of THOMAS F. SMITH, Deceased.— Motion to compel acceptance of notice of appeal granted, without costs.

HUGO WITTMAN, Respondent, v. NORMAN A. McDONALD, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs within twenty days and pay to respondent's attorney ten dollars.

OTIS ELEVATOR COMPANY, Appellant, v. ROCHESTER FRIENDLY HOME, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

MARTIN D. BUCKLEY, Respondent, v. CHARLES B. SHAFER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

CHARLES B. VINER, Respondent, v. WILLIAM H. BOYLE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

ELEANOR M. CAHILL, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,500 as of the date of rendition thereof, in which event the judgment is modified accordingly, and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. Held, that the verdict is excessive and is against the weight of the evidence upon the question of damages. All concurred.

RICHARD L. HILFIKER, Appellant, v. LOUIS FRICK, JR., Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Probate of the Alleged Last Will and Testament of ELLEN PENDERGAST, Deceased. WILLIAM PENDERGAST and Others, Appellants; JAMES PENDERGAST, Respondent.— Decree affirmed, with costs against appellants personally. All concurred.